## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| XIN WANG,<br><br>                    Plaintiff,<br><br>v.<br><br>CHINA MERCHANTS BANK CO., LTD.;<br>CHENGYUE JIAO, ANDREW MAO and JIE<br>HU, each in his individual and professional<br>capacities,<br><br>                    Defendants. | Case No. 18-cv-04098 (AKH)<br><br>Judge Alvin K. Hellerstein |

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, Xin Wang, and Defendants, China Merchants Bank Co. Ltd., Chengyue Jiao, Andrew Mao, and Jie Hu, through the undersigned counsel for the parties, that the above-captioned action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Plaintiff hereby voluntarily withdraws her claims and demands against Defendants, her allegations in the Complaints and her lawsuit.  The above-captioned action is dismissed without costs, expenses, or attorneys' fees to either party.

Dated:    December 11, 2019
New York, New York

**WIGDOR LLP**

By: _____
David E. Gottlieb
Julia Elmaleh-Sachs

**WHITE & CASE LLP**

By: _____
Douglas P. Baumstein
Tal Marnin
Lindsay Heck
Michael Jaoude

85 Fifth Avenue, 5th Floor
New York, New York 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
dgottlieb@wigdorlaw.com
jelmaleh-sachs@wigdorlaw.com

*Attorneys for Plaintiff*

1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
dbaumstein@whitecase.com
tmarnin@whitecase.com
lindsay.heck@whitecase.com
michael.jaoude@whitecase.com

*Attorneys for Defendants*